UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID HUNTER,

        Plaintiff,

  v.

IMMINENT DANGER INCIDENTS et al,

        Defendant.
                                        /

Case Number: CV07-03692 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Hunter D 28208
Folsom State Prison
P.O. Box 29006
Represa, CA 95671

Dated: February 15, 2008

                                            Richard W. Wieking, Clerk
                                            By: Frank Justiliano, Deputy Clerk