1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8    DAVID HUNTER,                          No. C 07-3692 MHP (pr)

9              Plaintiff,                    **JUDGMENT**

10        v.

11   IMMINENT DANGER INCIDENTS
     etc., et al.,
12
              Defendants.
13   _____/

14

15        This action is dismissed because plaintiff may not proceed as a pauper and has not

16   paid the filing fee.

17        IT IS SO ORDERED AND ADJUDGED.

18   Dated: February 15, 2008            _____
                                          Marilyn Hall Patel
19                                        United States District Judge

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California