DAVID HUNTER
D 28208
PO BOX 290066
REPRESA CA
95671

FILED
FEB 25 PM

United States District Court
Northern District of California

DAVID HUNTER
Plaintiff

V.

C/o Hegelmyer
LT. Birondo Et Al.,
Defendants

NO C07-3692 MHP (PR)

Plaintiff's Application for Certificate of Appealability from the District Court on 2-15-08 and Statement of Reasons in Support for Showing of good cause 28 USC 1915(g)

## INTRODUCTION

Jurisdiction of the Circuit Courts is covered by 28 U.S.C. 1291-1294. A Circuit Court hears appeals from final decisions of a United States District Court on 2-15-08 within its region and from orders denying or granting injunctions. It may grant leave to appeal a non-final order on 2-15-08, and this appeal is known as an interlocutory appeal.

(1)

## Prayer for Relief

Wherefore

(1) Plaintiff hereby request that the U.S. District Court issue a Certificate of Appealability (hereafter COA) permitting plaintiff to appeal from the judgment entered by the Hon. Marilyn Hall Patel U.S. District Judge on 2-15-08 denying and dismissing without prejudice the petition for Writ of Amended complaint in the above-entitled matter. And/or concurrently with this application for COA, plaintiff has filed a timely Notice of Appeal.

(2) And any other Relief the court deems just proper for the illegal proximate causes of imminent danger incidents 28 USC 1915(g)

---

Annotation If plaintiff had the money I would pay for the petition to proceed in forma pauperis plaintiff is indigent no funds

(2)

# PROOF OF SERVICE

(C.C.P. §2015.5; 28 U.S.C. §1745)

I, **David Hunter**, am over the age of eighteen (18) years, and (I am) (am not) a party to the within cause of action. My address is:

Folsom State Prison
PO Box 290066
Represa CA
95671

On, ~~2-~~ ~~2-~~ ~~2-~~ 2-25-08, I served the following documents: **Interlocutory Appeal Appealability** on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. US Court House
   450 Golden Gate Ave
   San Francisco CA
   94102

2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this ~~__~~ 25 day of 2 - 08, at California State Prison at Sacramento, Represa, California.

(Signature) _David Hunter_
Declarant

```
LEGAL STATUS SUMMARY   TYPE-  D       FOL-A       ** DISCREPANT **02/13/2008 21:35

 CDC NUMBER   | NAME                                  |ETHNIC|   BIRTHDATE
   D28208     | HUNTER,DAVID,SAMPSON                  |  BLA |   07/02/1943

 TERM STARTS  | MAX REL DATE                  MAX ADJ REL DT  | CURRENT REL DT
  07/30/1992  | 12/11/2009                     12/11/2009     |  12/11/2009

                                                              | PAROLE PERIOD
BASE TERM  3/00 + ENHCMNTS 14/08 = TOT TERM 17/08             | 3 YRS

PRE-PRISON + POST SENTENCE CREDITS
CASE       P2900-5 P1203-3 P2900-3 CDC-CRED MH-CRED P4019  P2931 POST-SENT TOT
SCR19641
              68                                       32          6    106

PC296 DNA COMPLETED
NOTICE REQUIRED PER P3058.6


 RECV DT/ COUNTY/      CASE                 SENTENCE DATE        CREDIT   OFFENSE
   CNT    OFF CODE     DESCRIPTION                                CODE     DATE

CONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

  CONTROLLING CASE --
  7/30/1992  SON   SCR19641              7/23/1992
              01 P667.5(B) PPT-NV                                  1
   01 P666
              PT/W/PRIOR                                           1    01/07/1992

  --CONSECUTIVE FACTORS--
  7/30/1992  SON   SCR19776              7/23/1992
   01 P666
              PT/W/PRIOR                                  CS       1    06/19/1992
    PC 12022.1 BAIL ENHANCEMENT 2 YEARS

  8/30/1994  DN    74074                 8/29/1994
   01 P4501.5
              BAIT ON NON PRIS                            CS       1    10/14/1993

  7/14/2000  SLO   F296833               7/14/2000   NO STRIKES: 2
   01 P4501.5
              BAIT ON NON PRIS                            CS       3    07/14/2000


 PPT WAIVER               BEGINNING    CREDIT     TOTAL    TOTAL       NET
    DATE                   BALANCE     APPLIED    LOST     RESTORED    TOTAL
 7/30/1992                   -7618       371      10330    2280        7679

CREDITS AUTO RE-VESTED PER PC-2934 :     3

 YON                                                RULE     VIOL

           ****** CONTINUED ******
```

```
LEGAL STATUS SUMMARY --CONTINUATION --      PAGE      2

 CDC NUMBER   |  NAME
    D59208    |  HUNTER,DAVID,SAMPSON

TYPE      DATE        END DATE     LOG NUMBER     NUMBER      CAT      DAYS

 LL     11/29/2007                 ED0712020      30054        D        61


                                                  RULE           D A Y S
TYPE    DATE      END DATE  LOG NUMBER   NUMBER   ASSESS  LOST  REST  DEAD


 BEG  04/17/1996              ******BEG BAL******
 ADD  04/17/1996              CR43620
 ADD  04/17/1996              CR43620
 ADD  07/30/1992              SCR19641
 ADD  07/30/1992              SCR19641
      CURRENT PC BALANCE:      0            CURRENT RC BALANCE:    0


CPRD/RPD TO 02/13/2008 DUE TO NEGATIVE CREDIT BAL. LAST APPLIED NDPF 04361 D?
```