**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 8, 2008

David Hunter - D-28208
Folsom State Prison
P.O. Box 290066
Represa CA 95671

SUBJECT:     Request for Payment of Docket Fee

**Title: DAVID HUNTER -v- CORRECTIONAL OFFICER HELEMYER, ET AL**
**Case Number:     CV 07-03692 MHP**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on February 26, 2008 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

*Gina Agustine*

by:  Gina Agustine-Rivas
Case Systems Administrator

**cc: U.S. Court of Appeals**