David Hunter
D 28208
PO Box 290066
Represa CA
95671

FILED
FEB 25 PM

United States District Court
Northern District of California

David Hunter
Plaintiff

V.

C/o Hegelmyer
LT. Birondo Et Al.
Defendants

No C07-3692 MHP (PR)
Plaintiff's Application for Certificate of Appealability from the District Court on 2-15-08 and Statement of Reasons in Support for showing of good cause 28 USC 1915(9)

## INTRODUCTION

Jurisdiction of the circuit courts is covered by 28 U.S.C. 1292-1294. A circuit court hears appeals from final decisions of a United States district court on 2-15-08 within its region and from orders denying or granting injunctions. It may grant leave to appeal a non-final order on 2-15-08, and this appeal is known as an interlocutory appeal.

(1)

## Wherefore — Prayer for Relief

(1) Plaintiff hereby request that the U.S. District Court issue a Certificate of Appealability (hereafter COA) permitting Plaintiff to appeal from the judgment entered by the Hon. Marilyn Hall Patel U.S. District Judge on 2-15-08 denying and dismissing without prejudice the petition for writ of amended complaint in the above-entitled matter. And/or concurrently with this application for COA, Plaintiff has filed a timely Notice of Appeal.

(2) And any other relief the court deems just proper for the illegal proximate causes of imminent danger incidents 28 USC 1915(g)

Annotation If Plaintiff had the money I would pay for the petition to proceed in forma pauperis Plaintiff is indigent no funds

(2)

# PROOF OF SERVICE

(C.C.P. §2015.5; 28 U.S.C. §1745)

I, DAViD HuNteR, am over the age of eighteen (18) years, and (I am) (am not) a party to the within cause of action. My address is:

Folsom State PRiSON
PO Box 290066
RepResA CA
95671

On, ~~2-~~ ~~2-~~ ~~08~~ 2-25-08, I served the following documents: INterlocutoRy Appeal Appealability on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. US CouRt House
   450 Golden GateAve
   SAN FRANCisCo CA
   94102

2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this ~~08~~ 25 day of 2 - 08, at California State Prison at Sacramento, Represa, California.

(Signature) _____
DAViD HuNteR, Declarant

```
EGAL STATUS SUMMARY  TYPE-   D       FOL-A      ** DISCREPANT **02/13/2008 21:35

 CDC NUMBER   | NAME                                      |ETHNYC|    BIRTHDATE
   D28208     | HUNTER,DAVID,SAMPSON                      | BLA  |    07/02/1943

 TERM STARTS  | MAX REL DATE                 MAX ADJ REL DT |  CURRENT REL DT
  07/30/1992  | 12/11/2009                    12/11/2009    |    12/11/2009

                                                           | PAROLE PERIOD
ASE TERM  3/00 + ENHCMNTS  14/03 = TOT TERM  17/03         | 3 YRS

RE-PRISON + POST SENTENCE CREDITS
CASE       P2966-5 P1203-3 P2900-0 CDC-CRED AH-CRED P4019  P2931 POST-SENT TOT
SCR19641
              68                                   92             6     104

PC296 DNA COMPLETED
NOTICE REQUIRED PER P3058.6


 RECV DT/ COUNTY/    CASE                    SENTENCE DATE        CREDIT  OFFENSE
  CNT     OFF CODE   DESCRIPTION                                  CODE    DATE

CONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

  CONTROLLING CASE --
  7/30/1992  SON   SCR19641             7/23/1992
              01 P667.5(B) PPT-NV                                  1
   01 P666
                   PT/W/PRIOR                                      1      01/07/1992

  --CONSECUTIVE FACTORS--
  7/30/1992  SON   SCR19776             7/23/1992
    01 P666
                   PT/W/PRIOR                              CS      1      06/19/1992
       PC 12022.1 BAIL ENHANCEMENT 2 YEARS

  8/30/1994  DN    74074                8/29/1994
    01 P4501.5
                   BAIT ON NON PRIS                        CS      1      10/14/1993

  7/14/2000  SLO   F296833              7/14/2000  NO STRIKES: 2
    01 P4501.5
                   BAIT ON NON PRIS                        CS      3      07/14/2000


  IT WAIVER               BEGINNING   CREDIT    TOTAL    TOTAL      NET
     DATE                 BALANCE     APPLIED   LOST     RESTORED   TOTAL
  7/30/1992                 -7618       371     10330     2280      7679

 DITS AUTO RE-VESTED PER PC-2934 :    3

 ON                                            .      RULE      VIOL

        ****** CONTINUED ******
```

LEGAL STATUS SUMMARY --CONTINUATION--       PAGE    2

| CDC NUMBER | NAME |
|---|---|
| D59208 | HUNTER,DAVID,SAMPSON |

| TYPE | DATE | END DATE | LOG NUMBER | NUMBER | CAT | DAYS |
|---|---|---|---|---|---|---|
| LL | 11/29/2007 | | E0071?020 | 30054 | D | 61 |

| SCAN | | | | RULE | DAYS | | |
|---|---|---|---|---|---|---|---|
| TYPE | DATE | END DATE LOG NUMBER | NUMBER | ASSESS | LOST | REST | DEAD |

```
 BEG 04/17/1996              *****BEG BAL*****
 ADD 04/17/1996              CR43620
 ADD 04/17/1996              CR43620
 ADD 07/30/1992              SCR19641
 ADD 07/30/1992              SCR19643
     CURRENT PC BALANCE:  0          CURRENT WC BALANCE:  0
```

CPRD/REPD TO 02/12/2008 DUE TO NEGATIVE CREDIT BAL, LAST APPLIED WDP: 04301 B2