UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

April 8, 2008

08-15811

General Court Number
415.522.2000

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**RECEIVED**
APR 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NUMBER: <u>CV 07-03692 MHP</u>

CASE TITLE: <u>DAVID HUNTER-v-IMMINENT DANGER INCIDENTS</u>

USCA Case Number:

Dear Sir/Madam:

  Enclosed is the NOTICE OF APPEAL and CERTIFICATE OF RECORD in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                 Sincerely,

                 RICHARD W. WIEKING, Clerk

                 by: <u>Gina Agustine-Rivas</u>
                 Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

April 8, 2008

**CASE INFORMATION:**
Short Case Title:  DAVID HUNTER -v- CORRECTIONAL OFFICER HEGELMYER, ET AL
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name:  NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
Criminal and/or Civil Case No.:  CV 07-03692 MHP
Date Complaint/Indictment/Petition Filed:  7/18/07
Date Appealed order/judgment *entered*:  2/15/08
Date NOA *filed*:  2/26/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                         ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: NONE

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                      Date Docket Fee Billed: 4/8/08
Date FP granted:                           Date FP denied: 2/15/08
Is FP pending? ☐ yes ✔ no                  Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ✔ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                         Appellee Counsel:
David Hunter - D-28208
Folsom State Prison
P.O. Box 290066
Represa, CA 95671
☐ retained  ☐ CJA  ☐ FPD  ✔ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                               Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                            9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Gina Agustine-Rivas
(415) 522-2087

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 10 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID SAMPSON HUNTER,<br><br>Plaintiff - Appellant<br><br>v.<br><br>HEGELMEYER, Correctional Officer; BIRONDO, Lieutenant; PELICAN BAY STATE PRISON,<br><br>Defendants - Appellees | No. 08-15811<br>D.C. No. 3:07-CV-03692-MHP<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Tue., May 20, 2008**   Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gerald Rosen
Deputy Clerk